IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

DEVIN JONES

Crim. Case No.: GLR-13-0394

\*\*\*\*\*\*

### ORDER OF RELEASE

The Indictment and Superseding Indictment in the above-captioned case having been dismissed by the Court, upon motion by the United States, the defendant Devin Jones is hereby RELEASED forthwith.

_____
George L. Russell, III
United States District Judge

Date: March 11, 2014